**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **AZZEDINE KALI,** | : | **CIVIL ACTION** |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **No.: 24-cv-4197** |
| | : | |
| **ERASMO LOPEZ, et al.,** | : | |
| **Defendants.** | : | |

## O R D E R

**AND NOW**, this ___5TH___ day of March, 2026, upon consideration of Defendants' Motion to Exclude Testimony and Opinions of Plaintiff's Expert John Dieckman (ECF No. 44), Plaintiff's response in opposition (ECF No. 46), and Defendants' reply in further support (ECF No. 47), and for the reasons set forth in the memorandum filed concurrently with this Order it is hereby **ORDERED** that the motion to exclude the report and testimony of Plaintiff's expert, John Dieckman is **GRANTED**.

BY THE COURT:

   /s/ Lynne A. Sitarski
LYNNE A. SITARSKI
United States Magistrate Judge